AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldgar, A. Benjamin | Bankruptcy Court, N.D. Ill. | 08/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Suite 638
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust No. 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 6/16/16-6/19/15 | Lake Geneva, WI | Central States Bankruptcy Workshop | Food, lodging, mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves Money Market Fund | A | Dividend | K | T | | | | | |
| 2. IRA No. 1 (H) | | | | | | | | | |
| 3. - Fidelity Strategic Advisors Small-Mid Cap Fund | A | Dividend | K | T | Sold (part) | 07/22/16 | J | A | |
| 4. - Fidelity Short-Term Bond | | | | | Sold | 09/09/16 | J | A | |
| 5. - Fidelity Strategic Advisors Value Fund | B | Dividend | K | T | Sold (part) | 02/18/16 | J | A | |
| 6. | | | | | Sold (part) | 03/18/16 | J | A | |
| 7. | | | | | Sold (part) | 07/22/16 | J | A | |
| 8. | | | | | Sold (part) | 12/02/16 | J | A | |
| 9. - Fidelity Strategic Advisors International Fund | B | Dividend | L | T | Buy (add'l) | 01/12/16 | J | | |
| 10. | | | | | Sold (part) | 03/07/16 | J | A | |
| 11. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 12. | | | | | Sold (part) | 05/20/16 | J | A | |
| 13. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 14. | | | | | Sold (part) | 09/09/16 | J | A | |
| 15. | | | | | Sold (part) | 12/02/16 | J | A | |
| 16. - Fidelity Strategic Advisors Core Income Fund | B | Dividend | K | T | Sold (part) | 01/12/16 | J | A | |
| 17. | | | | | Buy (add'l) | 03/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 19. - Templeton Global Bond CL A | A | Dividend | J | T | Sold (part) | 07/22/16 | J | | |
| 20. - Fidelity Strategic Advisors Core Fund | B | Dividend | L | T | Buy (add'l) | 02/18/16 | J | | |
| 21. | | | | | Sold (part) | 05/20/16 | J | A | |
| 22. - Fidelity Strategic Advisors Growth Fund | C | Dividend | K | T | Sold (part) | 03/18/16 | J | A | |
| 23. | | | | | Sold (part) | 07/22/16 | J | A | |
| 24. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 25. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | J | T | Buy (add'l) | 01/12/16 | J | | |
| 26. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | Sold (part) | 07/22/16 | J | A | |
| 27. | | | | | Sold (part) | 10/06/16 | J | A | |
| 28. - FIMM Money Market Port Inst CL | | | | | | | | | |
| 29. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | K | T | Buy (add'l) | 09/09/16 | J | | |
| 30. | | | | | Buy (add'l) | 09/12/16 | J | | |
| 31. - Arden Alternative Strategies Class 1 | | None | | | Sold (part) | 03/07/16 | J | | |
| 32. | | | | | Sold | 03/31/16 | J | A | |
| 33. - Blackstone Alternative Multimanager | | None | | | Sold (part) | 03/07/16 | J | | |
| 34. | | | | | Sold | 04/07/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity SAI US Large Cap Index | A | Dividend | J | T | Buy | 07/22/16 | J | | |
| 36. - Fidelity SAI International Index | A | Dividend | J | T | Buy | 03/07/16 | J | | |
| 37. - Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 38. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 39. - AQR Managed Futures Fund CL N | | None | J | T | Buy | 05/20/16 | J | | |
| 40. | | | | | Buy (add'l) | 07/22/16 | J | | |
| 41. - Eaton Vance GL Macro Absolute Return Adv 1 | A | Dividend | J | T | Buy | 05/20/16 | J | | |
| 42. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 43. | | | | | Sold (part) | 11/02/16 | J | A | |
| 44. - Pimco Commodity Real Return Inst | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 45. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 46. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 47. IRA No. 2 (H) | | | | | | | | | |
| 48. - Fidelity Strategic Advisors Small-Mid Cap Fund | A | Dividend | J | T | | | | | |
| 49. - Fidelity Strategic Advisors International Fund | A | Dividend | K | T | Sold (part) | 05/19/16 | J | A | |
| 50. | | | | | Sold (part) | 09/08/16 | J | A | |
| 51. - Templeton Global Bond CL A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Fidelity Strategic Advisors Value Fund | A | Dividend | J | T | | | | | |
| 53. - Fidelity Strategic Advisors Core Fund | A | Dividend | K | T | | | | | |
| 54. - Fidelity Strategic Advisors Growth Fund | B | Dividend | J | T | | | | | |
| 55. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | J | T | | | | | |
| 56. - Fidelity Strategic Advisors Core Income Fund | B | Dividend | K | T | Sold (part) | 01/12/16 | J | A | |
| 57. | | | | | Sold (part) | 02/17/16 | J | A | |
| 58. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 59. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 60. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 61. - FIMM Money Market Port Inst CL | A | Dividend | J | T | | | | | |
| 62. - Fidelity Merger Fund | | None | | | Sold | 10/06/16 | J | A | |
| 63. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | J | T | | | | | |
| 64. - Arden Alternative Strategies Class 1 | | None | | | Sold | 05/24/16 | J | A | |
| 65. - Blackstone Alternative Multimanager | | None | | | Sold | 05/24/16 | J | A | |
| 66. - Fidelity SAI US Large Cap Index | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 67. -Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 68. - AQR Managed Futures Fund CL N | A | Dividend | J | T | Buy | 05/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Pimco Commodity Real Return Inst | A | Dividend | J | T | Buy | 03/18/16 | J | | |
| 70. IRA No. 3 (H) | | | | | | | | | |
| 71. - Fidelity Strategic Advisors Small-Mid Cap Fund | A | Dividend | K | T | Buy (add'l) | 01/12/16 | J | | |
| 72. | | | | | Sold (part) | 05/19/16 | J | A | |
| 73. | | | | | Sold (part) | 07/26/16 | J | B | |
| 74. - Fidelity Strategic Advisors International Fund | C | Dividend | M | T | Buy (add'l) | 01/12/16 | J | | |
| 75. | | | | | Sold (part) | 03/18/16 | J | A | |
| 76. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 77. | | | | | Sold (part) | 05/19/16 | J | B | |
| 78. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 79. | | | | | Sold (part) | 09/08/16 | J | B | |
| 80. | | | | | Sold (part) | 12/02/16 | J | A | |
| 81. - Templeton Global Bond Class A | A | Dividend | J | T | Sold (part) | 07/26/16 | J | | |
| 82. - Fidelity Money Market (Y) | | | | | | | | | |
| 83. - Fidelity Strategic Advisors Value Fund | C | Dividend | L | T | Sold (part) | 03/07/16 | J | A | |
| 84. | | | | | Sold (part) | 03/18/16 | J | A | |
| 85. | | | | | Sold (part) | 07/26/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/02/16 | J | A | |
| 87.   - Fidelity Strategic Advisors Core Fund | C | Dividend | M | T | Buy (add'l) | 01/12/16 | J | | |
| 88. | | | | | Buy (add'l) | 02/17/16 | J | | |
| 89. | | | | | Sold (part) | 03/07/16 | J | A | |
| 90. | | | | | Sold (part) | 04/07/16 | J | A | |
| 91. | | | | | Sold (part) | 05/19/16 | J | A | |
| 92. | | | | | Sold (part) | 07/26/16 | J | B | |
| 93.   - Fidelity Strategic Advisors Growth Fund | D | Dividend | L | T | Buy (add'l) | 01/12/16 | J | | |
| 94. | | | | | Sold (part) | 03/07/16 | J | A | |
| 95. | | | | | Sold (part) | 03/08/16 | J | A | |
| 96. | | | | | Sold (part) | 07/26/16 | J | B | |
| 97. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 98.   - Fidelity Strategic Advisors Emerging Markets | A | Dividend | K | T | Sold (part) | 09/08/16 | J | | |
| 99.   - Fidelity Strategic Advisors Income Opportunity Fund | B | Dividend | K | T | Sold (part) | 07/26/16 | J | B | |
| 100. | | | | | Sold (part) | 10/06/16 | J | A | |
| 101.   - Fidelity Strategic Advisors Core Income Fund | D | Dividend | M | T | Sold (part) | 01/12/16 | J | A | |
| 102. | | | | | Sold (part) | 02/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 104. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 105. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 106. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 107. | | | | | Sold (part) | 11/04/16 | J | A | |
| 108. | | | | | Buy (add'l) | 12/02/16 | J | | |
| 109. - FIMM Money Market Port Inst CL | | None | | | Sold | 02/17/16 | J | | |
| 110. - Fidelity Merger Fund | | None | | | Sold (part) | 01/12/16 | J | | |
| 111. | | | | | Sold (part) | 02/17/16 | J | | |
| 112. | | | | | Sold | 10/06/16 | J | A | |
| 113. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | K | T | Sold (part) | 01/12/16 | J | | |
| 114. | | | | | Sold (part) | 02/17/16 | J | A | |
| 115. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 116. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 117. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 118. | | | | | Buy (add'l) | 10/07/16 | J | | |
| 119. | | | | | Sold (part) | 11/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Arden Alternative Strategies Class 1 | | None | | | Sold (part) | 03/07/16 | J | | |
| 121. | | | | | Sold | 03/31/16 | J | A | |
| 122.  - Blackstone Alternative Multimanager | | None | | | Sold (part) | 03/07/16 | J | | |
| 123. | | | | | Sold (part) | 04/07/16 | J | | |
| 124. | | | | | Sold | 05/24/16 | J | A | |
| 125.  - Fidelity SAI US Large Cap Index | A | Dividend | J | T | Buy | 07/26/16 | J | | |
| 126. | | | | | Sold (part) | 09/08/16 | J | A | |
| 127.  - Fidelity SAI Emerging Markets Index | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 128. | | | | | Buy (add'l) | 10/06/16 | J | | |
| 129. | | | | | Buy (add'l) | 11/04/16 | J | | |
| 130. | | | | | Sold (part) | 12/02/16 | J | A | |
| 131.  - AQR Multi Strategy Alternative Class N | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 132.  - AQR Managed Futures Fund CL N | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 133. | | | | | Buy (add'l) | 05/26/16 | J | | |
| 134. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 135.  - Eaton Vance Global Marco Absolute RT CL 1 | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 136.  - Pimco Commodity Real Return Inst | A | Dividend | J | T | Buy | 03/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and C3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 138. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 139. | | | | | Buy (add'l) | 09/08/16 | J | | |
| 140.  - FIMM Government Portfolio: Instl Cl | A | Dividend | J | T | Buy | 02/17/16 | J | | |
| 141. | | | | | Buy (add'l) | 02/18/16 | J | | |
| 142. | | | | | Buy (add'l) | 03/07/16 | J | | |
| 143. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 144. | | | | | Sold (part) | 05/19/16 | J | | |
| 145. | | | | | Sold (part) | 08/16/16 | J | | |
| 146. | | | | | Sold (part) | 12/28/16 | J | | |
| 147.  401(k) (H) | | | | | | | | | |
| 148.  - Vanguard Institutional Index Fund Plus | A | Dividend | K | T | | | | | |
| 149.  Fidelity Short Term Bond (2) | A | Dividend | | | Sold | 04/12/16 | J | A | |
| 150.  Adirondack Trust Co. stock | D | Dividend | N | T | | | | | |
| 151.  Bank of America Growth Money Market Savings | A | Interest | J | T | | | | | |
| 152.  Deferred Annuity (H) | | | | | | | | | |
| 153.  - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   - Fidelity VIP Strategic Income Fund | | None | M | T | | | | | |
| 155.   IRA No. 4 (H) | | | | | | | | | |
| 156.   - Vanguard Total Bond Market Index Fund | E | Dividend | O | T | | | | | |
| 157.   - Vanguard Total International Stock Index Fund | D | Dividend | M | T | | | | | |
| 158.   - Vanguard Total Stock Market Index Fund | E | Dividend | O | T | | | | | |
| 159.   Strategic Advisors International Fund (2) (Y) (see note) | | | | | | | | | |
| 160.   Strategic Advisors Value Fund (2) (Y) (see note) | | | | | | | | | |
| 161.   Strategic Advisors Small-Mid Cap Fund (2) (Y) (see note) | | | | | | | | | |
| 162.   Strategic Advisors Emerging Markets (2) (Y) (see note) | | | | | | | | | |
| 163.   Strategic Advisors Core Fund (2) (Y) (see note) | | | | | | | | | |
| 164.   Strategic Advisors Growth Fund (2) (Y) (see note) | | | | | | | | | |
| 165.   Strategic Advisors Income Opportunities (2) (Y) (see note) | | | | | | | | | |
| 166.   Strategic Advisors Core Income Fund (2) (Y) (see note) | | | | | | | | | |
| 167.   Fidelity GNMA Fund (2) (Y) (see note) | | | | | | | | | |
| 168.   Strategic Advisors Short Duration Fund (2) (Y) (see note) | | | | | | | | | |
| 169.   Merger Fund (2) (Y) (see note) | | | | | | | | | |
| 170.   Joint Managed Account (H) (see note) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Fidelity Diversified International | A | Dividend | | | Sold (part) | 01/29/16 | J | A | |
| 172. - Fidelity Limited Term Muni Income | A | Dividend | | | | | | | |
| 173. - Fidelity Municipal Money Market | A | Dividend | | | | | | | |
| 174. - Deutsche Managed Muni Bond CD S N/C | A | Dividend | | | | | | | |
| 175. - Harbor Capital Appreciation Adm CL | | None | | | | | | | |
| 176. - Hotchkis & Wiley Mid Cap Value CL A | | None | | | | | | | |
| 177. - T Rowe Tax Free Inc. Fund Adv. Class | B | Dividend | | | | | | | |
| 178. - Oakmark Fund 1 | | None | | | | | | | |
| 179. - T Rowe Price Real Estate Fund Adv CL | A | Dividend | | | | | | | |
| 180. - Fidelity Municipal Income | A | Dividend | | | | | | | |
| 181. - Franklin Federal Tax-free CL A | A | Dividend | | | Sold (part) | 01/25/16 | K | A | |
| 182. | | | | | Sold (part) | 01/29/16 | J | A | |
| 183. | | | | | Sold (part) | 06/24/16 | J | A | |
| 184. - Templeton Global Bond CL A | A | Dividend | | | Sold (part) | 01/25/16 | K | A | |
| 185. | | | | | Sold (part) | 01/29/16 | J | | |
| 186. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 187. | | | | | Sold (part) | 06/24/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - IShares TR S&P 100 Index Fund | A | Dividend | | | | | | | |
| 189. - MFS International Diversification FD A Conf | | None | | | | | | | |
| 190. - Fidelity Tax-free Bond | A | Dividend | | | | | | | |
| 191. - Causeway International Value Investor | | None | | | Buy (add'l) | 01/25/16 | K | | |
| 192. | | | | | Sold (part) | 04/08/16 | J | A | |
| 193. - Janus Enterprise Fund Class T Shares | | None | | | Sold (part) | 01/25/16 | J | | |
| 194. - Fidelity Advisor Growth Oppty CL 1 | | None | | | Sold (part) | 01/29/16 | J | A | |
| 195. - Fidelity Small Cap Value | | None | | | Sold | 01/25/16 | J | A | |
| 196. - JP Morgan Mid-Cap Value Fund Select CL | | None | | | Sold (part) | 06/24/16 | J | A | |
| 197. - IShares TR Russell Mid-Cap Index Fund Avg Price | A | Dividend | | | Sold (part) | 02/02/16 | J | A | |
| 198. - IShares TR Russell 1000 Growth Index Fund | A | Dividend | | | Buy (add'l) | 01/27/16 | J | | |
| 199. | | | | | Sold (part) | 04/12/16 | J | A | |
| 200. | | | | | Sold (part) | 06/28/16 | J | A | |
| 201. - IShares TR Russell 1000 Index Fund | A | Dividend | | | Buy (add'l) | 01/27/16 | K | | |
| 202. | | | | | Sold (part) | 04/12/16 | J | A | |
| 203. | | | | | Sold (part) | 06/28/16 | J | A | |
| 204. - IShares TR Russell 2000 Index Fund | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Vanguard Index FDS Vanguard Value Vipers | A | Dividend | | | Sold (part) | 01/27/16 | K | | |
| 206.  - MFS International Value Fund CL A | | None | | | Sold (part) | 01/25/16 | J | | |
| 207.  - T. Rowe Price International Stock | | None | | | Buy (add'l) | 01/25/16 | J | | |
| 208.  - Templeton Frontier Mkts Fund | | None | | | Sold (part) | 01/19/16 | J | | |
| 209. | | | | | Sold | 01/25/16 | J | | |
| 210.  - Wells Fargo Short Term Muni Inc.-Instit. Conf | A | Dividend | | | Sold (part) | 01/29/16 | J | | |
| 211. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 212.  - Franklin International Sm Cap Growth Advisor | | None | | | Sold (part) | 04/08/16 | J | A | |
| 213.  - Sector Spdr Tr Shs Ben Int Financial | A | Dividend | | | Sold (part) | 02/02/16 | J | | |
| 214. | | | | | Sold (part) | 04/12/16 | J | A | |
| 215. | | | | | Sold (part) | 06/16/16 | J | A | |
| 216.  - Fidelity Advisor International Discovery CL 1 | | None | | | Sold | 01/25/16 | J | | |
| 217.  - Fidelity Value Strategies | | None | | | Sold | 01/25/16 | J | A | |
| 218.  - Transamerica Int'l Equity CL 1 | | None | | | Sold | 01/25/16 | J | | |
| 219.  - Transamerica Int'l Small Cap Value 1 | | None | | | Sold | 01/29/16 | J | | |
| 220.  - Oppenheimer International Growth CL 1 | | None | | | Sold | 01/25/16 | J | | |
| 221.  - RS Small Cap Growth CL Y | | None | | | Sold | 01/25/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Acadian Emerging Markets | | None | | | Sold | 01/25/16 | J | | |
| 223. - Columbia Contrarian Core FD | | None | | | Sold | 01/25/16 | J | | |
| 224. - Franklin Convertible Securities Advisor | | None | | | Sold | 01/25/16 | K | | |
| 225. - Morgan Stanley Inst Inc Int'l Equity | | None | | | Sold | 01/25/16 | J | | |
| 226. - T Rowe Price Emerging Markets Stock | | None | | | Sold | 01/25/16 | K | | |
| 227. - Wasatch Frontier Emerging Small Companies | | None | | | Buy (add'l) | 01/25/16 | J | | |
| 228. - Eaton Vance Inc Fund of Boston | A | Dividend | | | Sold | 01/25/16 | J | | |
| 229. - Vanguard Index FDS Large Cap | | None | | | Sold | 01/27/16 | K | | |
| 230. - Vanguard Index FDS Growth | | None | | | Sold | 01/27/16 | J | | |
| 231. - Fidelity International Capital Appreciation Fund | | None | | | Buy | 01/25/16 | J | | |
| 232. - Blackrock High Yield Bd Port CL K | A | Dividend | | | Buy | 01/25/16 | J | | |
| 233. - Oakmark International CL | | None | | | Buy | 01/25/16 | J | | |
| 234. - IShares Russell Midcap Growth | A | Dividend | | | Buy | 01/27/16 | J | | |
| 235. - IShares Russell 1000 Value ETF | A | Dividend | | | Buy | 01/27/16 | K | | |
| 236. | | | | | Sold (part) | 02/02/16 | J | A | |
| 237. - IShares S&P Small Cap 600 Value | A | Dividend | | | Buy | 01/27/16 | J | | |
| 238. | | | | | Sold (part) | 02/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - IShares S&P Small Cap Growth ETF | A | Dividend | | | Buy | 01/27/16 | J | | |
| 240.  - IShres Inc Core MSCI Emerging Markets | A | Dividend | | | Buy | 04/12/16 | J | | |
| 241.  - Lazard Emerging Markets Equity Open CL | | None | | | Buy | 01/25/16 | K | | |
| 242.  - Mainstay Tax Free Bond Class A | A | Dividend | | | Buy | 04/08/16 | J | | |
| 243.  - Oppenheimer International Bond Fund CL 1 | A | Dividend | | | Buy | 01/25/16 | K | | |
| 244.  - Oppenheimer Developing Markets Fund Class 1 | | None | | | Buy | 01/25/16 | J | | |
| 245.  - T Rowe Price Overseas Stock Fund | | None | | | Buy | 01/25/16 | K | | |
| 246.  - SPDR SER TR Barclays Conv Secs ETF | A | Dividend | | | Buy | 01/27/16 | K | | |
| 247.  - Wells Fargo Special Midcap Adm | | None | | | Buy | 01/25/16 | J | | |
| 248.  Fidelity Govt Cash Reserves | A | Dividend | | | Buy | 03/01/16 | J | | |
| 249.  Family Trust No. 1 (H) (see note) | | | | | | | | | |
| 250.  - Fidelity Advisor Growth Opp CL 1 | A | Dividend | J | T | | | | | |
| 251.  - Fidelity Diversified International | A | Dividend | K | T | | | | | |
| 252.  - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 253.  - Causeway International Value Investor | A | Dividend | K | T | | | | | |
| 254.  - Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 255.  - Oakmark Fund 1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |
| | U =Book Value | R =Cost (Real Estate Only) V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Oakmark International CL 1 | A | Dividend | J | T | | | | | |
| 257. - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 258. - Janus Enterprise Fund Class T Shares | A | Dividend | K | T | | | | | |
| 259. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | K | T | | | | | |
| 260. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 261. - MFS International Diversification FD A | A | Dividend | J | T | | | | | |
| 262. - MS Frontier Emerging Markets Fund CL 1 | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 263. - Oppenheimer Dev Markets Class 1 | A | Dividend | J | T | | | | | |
| 264. - T Rowe Price International Discovery Fund 1 CL | A | Dividend | J | T | Buy | 12/16/16 | J | | |
| 265. - T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | | | | | |
| 266. - T Rowe Price International Stk 1 | A | Dividend | J | T | | | | | |
| 267. - T Rowe Price Real Estate Fund Adv CL | A | Dividend | J | T | | | | | |
| 268. - Wasatch Frontier Emerging Small Cos. | | None | J | T | Sold (part) | 12/16/16 | J | | |
| 269. - Wells Fargo Special Midcap Adm | A | Dividend | J | T | | | | | |
| 270. - Fidelity Municipal Income | A | Dividend | K | T | | | | | |
| 271. - Fidelity Tax-free Bond | A | Dividend | K | T | Sold (part) | 12/16/16 | J | | |
| 272. - Fidelity Limited Term Muni Income FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Blackrock High Yield Bd | A | Dividend | J | T | | | | | |
| 274. - Deutsche Managed Muni Bond Fd S | A | Dividend | K | T | Buy (add'l) | 12/16/16 | J | | |
| 275. - Franklin Federal Tax Free Class A | A | Dividend | K | T | | | | | |
| 276. - Oppenheimer International Bond Fund CL 1 | A | Dividend | K | T | | | | | |
| 277. - T Rowe Price Tax Free High Yield Adv | A | Dividend | K | T | Buy | 12/16/16 | K | | |
| 278. - T Rowe Price Tax Free Income Adv CL | A | Dividend | K | T | | | | | |
| 279. - Templeton Global Bond Class A | A | Dividend | J | T | | | | | |
| 280. - Wells Fargo Ultra Sht Muni Inc Adm | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 281. - Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 282. - IShares S&P 100 ETF | A | Dividend | K | T | | | | | |
| 283. - IShares Russell Midcap Growth | A | Dividend | J | T | | | | | |
| 284. - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 285. - IShares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 286. - IShares Russell 1000 Growth ETF | A | Dividend | L | T | Sold (part) | 10/06/16 | J | A | |
| 287. | | | | | Sold (part) | 12/20/16 | J | A | |
| 288. - IShares Russell 1000 ETF | A | Dividend | K | T | Sold (part) | 10/06/16 | J | A | |
| 289. | | | | | Sold (part) | 12/20/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 291. - IShares S&P Small Cap 600 Value | A | Dividend | J | T | | | | | |
| 292. - IShares S&P Small Cap Growth ETF | A | Dividend | J | T | | | | | |
| 293. - IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 294. - Sector Spdr Tr Shares Ben Int Financial | C | Dividend | K | T | | | | | |
| 295. - Vanguard Index FDS Vanguard Value | A | Dividend | K | T | | | | | |
| 296. - Spdr Series Trust Bloomberg BRC CNVRT (see note) | A | Dividend | J | T | | | | | |
| 297. - Deutsche Strategic High Yld Tax Free | A | Dividend | | | Buy | 10/04/16 | J | | |
| 298. | | | | | Sold | 12/16/16 | J | | |
| 299. - JP Morgan Midcap Value Fund Select | | None | | | Sold | 10/04/16 | J | A | |
| 300. - Franklin Int'l Small Cap Growth Advisor | | None | | | Sold | 12/14/16 | J | A | |
| 301. - Mainstay Tax Free Bond Class A | | None | | | Sold | 12/16/16 | J | | |
| 302. Family Trust No. 2 (H) (see note) | | | | | | | | | |
| 303. - Fidelity Advisor Growth Opportunity CL 1 | A | Dividend | J | T | | | | | |
| 304. - Fidelity Diversified International | A | Dividend | J | T | | | | | |
| 305. - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 306. - Causeway International Value Investor | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 308. - Oakmark Fund 1 | A | Dividend | J | T | | | | | |
| 309. - Oakmark International CL 1 | A | Dividend | J | T | | | | | |
| 310. - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 311. - Janus Enterprise Fund Class T Shares | A | Dividend | J | T | | | | | |
| 312. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | J | T | | | | | |
| 313. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 314. - MFS International Diversification FD A | A | Dividend | J | T | | | | | |
| 315. - Oppenheimer Dev Markets Class 1 | A | Dividend | J | T | | | | | |
| 316. - T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | | | | | |
| 317. - T Rowe Price International Stk 1 | A | Dividend | J | T | | | | | |
| 318. - Wasatch Frontier Emerging Small Cos. | | None | J | T | | | | | |
| 319. - Wells Fargo Special Midcap Adm | A | Dividend | J | T | | | | | |
| 320. - Fidelity Municipal Income | A | Dividend | J | T | | | | | |
| 321. - Fidelity Tax-free Bond | A | Dividend | K | T | | | | | |
| 322. - Fidelity Limited Term Muni Income FD | A | Dividend | J | T | | | | | |
| 323. - Blackrock High Yield Bd Port CL K | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. - Deutsche Managed Muni Bond Fd S | A | Dividend | J | T | | | | | |
| 325. - Franklin Federal Tax Free Class A | A | Dividend | J | T | | | | | |
| 326. - Oppenheimer International Bond Fund CL | A | Dividend | J | T | Sold (part) | 12/09/16 | J | A | |
| 327. - T Rowe Price Tax Free High Yield Adv | A | Dividend | J | T | Buy | 12/09/16 | K | | |
| 328. - T Rowe Price Tax Free Income Adv CL | A | Dividend | K | T | | | | | |
| 329. - Wells Fargo Ultra Sht Muni Inc Adm | A | Dividend | J | T | Buy (add'l) | 12/09/16 | J | | |
| 330. - Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 331. - Flexshares Trust Morningstar Global | A | Dividend | J | T | Buy | 07/18/16 | J | | |
| 332. | | | | | Sold (part) | 09/21/16 | J | | |
| 333. | | | | | Buy (add'l) | 10/31/16 | J | | |
| 334. - IShares S&P 100 ETF | A | Dividend | J | T | | | | | |
| 335. - IShares Russell Midcap Growth | A | Dividend | J | T | | | | | |
| 336. - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 337. - IShares Russell 1000 Value ETF | A | Dividend | J | T | | | | | |
| 338. - IShares Russell 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 339. - IShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 340. - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - IShares S&P Small Cap 600 Value | A | Dividend | J | T | | | | | |
| 342. - IShares S&P Small Cap Growth ETF | A | Dividend | J | T | | | | | |
| 343. - IShares TR EAFA Small Cap ETF | A | Dividend | J | T | Buy | 10/31/16 | J | | |
| 344. - IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 345. - Sector Spdr Tr Shares Ben Int Financial | B | Dividend | J | T | Sold (part) | 12/13/16 | J | A | |
| 346. - Vanguard Index FDS Vanguard Value | A | Dividend | J | T | | | | | |
| 347. - Spdr Series Trust Bloomberg BRC CNVRT (see note) | A | Dividend | J | T | | | | | |
| 348. - Deutsche Strategic High Yld Tax Free S | A | Dividend | | | Buy | 09/19/16 | J | | |
| 349. | | | | | Sold | 12/09/16 | J | | |
| 350. - JP Morgan Midcap Value Fund Select | | None | | | Sold | 07/14/16 | J | A | |
| 351. - Franklin Int'l Small Cap Growth Advisor | | None | | | Sold | 10/27/16 | J | A | |
| 352. - Mainstay Tax Free Bond Class A | A | Dividend | | | Buy (add'l) | 10/27/16 | J | | |
| 353. | | | | | Sold | 12/09/16 | J | | |
| 354. - T Rowe Price Real Estate Fund Adv CL | A | Dividend | | | Sold | 12/09/16 | J | C | |
| 355. - Templeton Global Bond Class A | A | Dividend | | | Sold | 12/09/16 | J | A | |
| 356. Inherited IRA No. 1 (H) (see note) | | | | | | | | | |
| 357. - T. Rowe Price Dividend Growth (see note) | A | Dividend | K | T | Redeemed (part) | 12/01/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - T. Rowe Price Spectrum Income (see note) | A | Dividend | K | T | Redeemed (part) | 12/01/16 | J | | |
| 359. Inherited IRA No. 2 (H) (see note) | | | | | | | | | |
| 360. - TIAA Traditional (see note) | C | Interest | L | T | Sold (part) | 02/19/16 | J | | |
| 361. | | | | | Sold (part) | 08/19/16 | J | | |
| 362. - CREF Stock (see note) | | | N | T | Sold (part) | 02/19/16 | J | | |
| 363. | | | | | Sold (part) | 08/19/16 | J | | |
| 364. - CREF Global Equities (see note) | | | K | T | | | | | |
| 365. - TIAA Real Estate (see note) | | | K | T | | | | | |
| 366. - CREF Bond Market (see note) | | | K | T | | | | | |
| 367. - CREF Inflation Linked Bond (see note) | | | K | T | | | | | |
| 368. Bank of America checking | A | Interest | J | T | | | | | |
| 369. Bank of America checking (4) | | None | J | T | | | | | |
| 370. Bank of America checking (2) | | None | J | T | | | | | |
| 371. Bank of America money market (2) | A | Interest | J | T | | | | | |
| 372. | | | | | | | | | |
| 373. | | | | | | | | | |
| 374. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | | | | | |
| 376. | | | | | | | | | |
| 377. | | | | | | | | | |
| 378. | | | | | | | | | |
| 379. | | | | | | | | | |
| 380. | | | | | | | | | |
| 381. | | | | | | | | | |
| 382. | | | | | | | | | |
| 383. | | | | | | | | | |
| 384. | | | | | | | | | |
| 385. | | | | | | | | | |
| 386. | | | | | | | | | |
| 387. | | | | | | | | | |
| 388. | | | | | | | | | |
| 389. | | | | | | | | | |
| 390. | | | | | | | | | |
| 391. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | | | | | |
| 393. | | | | | | | | | |
| 394. | | | | | | | | | |
| 395. | | | | | | | | | |
| 396. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2. On last year's report, this was listed on line 2 as "Traditional IRA - Fidelity (4)."

Line 47. On last year's report, this was listed on line 30 as "Traditional IRA - Fidelity (3)."

Line 70. On last year's report, this was listed on line 54 as "Rollover IRA - Fidelity (3)."

Line 147. On last year's report, this was listed on line 96 as "State of Illinois Deferred Compensation Plan -- 401(k)."

Line 152. On last year's report, this was listed on line 101 as "Fidelity Deferred Annuity."

Line 155. On last year's report, this was listed on line 104 as "Vanguard IRA (4)."

Lines 159-69. These funds are listed with a "Y" and no information is provided because of the emancipation of a dependent child.

Line 170, 249, 302. The funds listed in lines 171-247 were owned jointly until July 10, 2016. (On last year's report, these funds appeared on lines 155 to 252.) Ownership was divided on July 11, 2016, and the funds apportioned between two newly-created trusts, Family Trust No. 1 and Family Trust No. 2. On this report, lines 171-247 show the funds and their activity from January 1, 2016, to July 10, 2016, the period during which they were jointly owned. Lines 249-300 show the funds in Family Trust No. 1 and their activity from July 11, 2016, through December 31, 2016. Lines 302-354 show the funds in Family Trust No. 2 and their activity from July 11, 2016, through December 31, 2016.

No sales or purchases took place on July 11, 2016; there was simply a change in ownership. Because there were neither sales nor purchases, the transfers are not reported as "Sold" at the end of the jointly-owned period or as "Bought" at the beginning of the trust-owned period. Because the funds were not jointly owned at the end of the reporting period, the "gross value at the end of the reporting period" is provided only for the trust-owned period, since the end of the "reporting period" falls within the trust-owned-period.

Line 239. On the initial report, the words "Growth ETF" were inadvertently omitted from the name of the fund. That has been corrected.

Line 248. This investment was not in last year's report. The investment was purchased in 2016 before the division of property into the two Family Trusts, was involved in the division, and so also appears on lines 281 and 330 of this report.

PLEASE NOTE: The addition of the investment on line 248 of this amended report has changed by one the line numbers on which every subsequent investment is reported. So, for example, the investments that appeared in the initial report on lines 279 and 328 now appear on lines 280 and 329.

Lines 280, 329. This investment (on the initial report at lines 279 and 328) appeared in last year's report on line 204 as "Wells Fargo Short Term Muni Inc - Instit. Conf." The name of the fund changed.

Lines 284, 336. This investment (on the initial report at lines 283 and 335) appeared in last year's report on line 188 as "IShares TR Russell Mid-Cap Index Fund Avg Price." The name of the fund changed.

Lines 286, 338. This investment (on the initial report at lines 285 and 337) appeared in last year's report on line 189 as "IShares TR Russell 1000 Growth Index Fund." The name of the fund changed.

Lines 288, 339. This investment (on the initial report at lines 287 and 338) appeared in last year's report on line 191 as "IShares TR Russell 1000 Index Fund." The name of the fund changed.

Lines 290, 340. This investment (on the initial report at lines 289 and 339) appeared in last year's report on line 193 as "IShares TR Russell 2000 Index Fund." The name of the fund changed.

Lines 292, 342. This investment was purchased in 2016 before the division of property into the two Family Trusts and so also appears on line 239. On the initial report, the words "Growth ETF" were inadvertently omitted from the name of the fund. That has been corrected in this amended report.

Lines 296, 347. During the jointly-owned period, this fund was called "SPDR SER TR Barclays Conv Secs ETF."

Line 356. On last year's report, this was shown on line 253 as "Inherited IRA -- T. Rowe Price."

Lines 357-58. The "redemption" is a portion of a required distribution from this inherited IRA. I have reported this as a "redemption" because that is the term T Rowe Price uses on its statement.

Line 359. On last year's report, this was shown on line 256 as "Inherited IRA -- TIAA-CREF."

Lines 360-67. This is an inherited IRA. Except for line 359, Column B is not completed because it cannot be. The TIAA-CREF statements disclose no information about income (other than for the "TIAA Traditional" fund), and TIAA-CREF personnel have told me that the information is unavailable because the investments are "annuity-based." Similarly, information about gain or loss from "sales" (the distributions I am required to take) is not reported in Column D for any portion of the IRA because TIAA-CREF personnel have told me that information about gains or losses is unavailable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ A. Benjamin Goldgar

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544